IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| **Richard Lee Redus, Jr. and Vera** ) | Case No.    17-10846-JDL |
| **Johanna Redus fka Vera Johanna** ) | Chapter    13 |
| **Yandell fka Vera Johanna Wooley fka** ) | |
| **Vera Johanna Beard fka Vera Johanna** ) | |
| **Bentley,** ) | |
| DEBTORS. ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF NOTICES AND OTHER DOCUMENTS

GMAC Inc. n/k/a Ally Financial, Inc. (ALLY), a creditor in the above-styled and numbered cause, hereby enters its appearance and requests that service of notices and other documents, pursuant to Rule 2002, be made upon its attorney of record, Michael George, 7666 East 61st Street, Suite 550, Tulsa, Oklahoma 74133.

The undersigned law firm, which is entering an appearance, is not authorized to accept service of process on behalf of GMAC Inc. n/k/a Ally Financial, Inc. (ALLY).

**KIVELL, RAYMENT and FRANCIS, P.C.**

s/ Michael George
Brian J. Rayment, OBA #7441
Michael J. George, OBA #22570
Julie Hird Thomas, OBA #10660
Triad Center I, Suite 550
7666 East 61st Street
Tulsa, Oklahoma 74133
Phone: (918) 254-0626
Facsimile: (918) 254-7048
E-mail: mgeorge@kivell.com

**ATTORNEYS FOR CREDITOR,**
**GMAC Inc. n/k/a Ally Financial, Inc. (ALLY)**

KRF File #37696/MG

## CERTIFICATE OF MAILING/ELECTRONIC TRANSMISSION

      I hereby certify that on this 17 May 2017, I mailed, with sufficient postage thereon, or electronically transmitted, a true and correct copy of the above and foregoing document to:

James Branum
Branum Law Offices
PO Box 1296
Newcastle, OK  73065
*Service accomplished through Court's CM/ECF system.

John T. Hardeman
Chapter 13 Trustee
P.O. Box 1948
Oklahoma City, OK  73101
*Service accomplished through Court's CM/ECF system.


                                          s/ Michael George
                                          Michael George, OBA #22570